UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2019 MAR -7 PM 3: 21

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| Plaintiff | § § | No. **A19CR0053 RP** |
| vs. | § § | |
| **DENIS CALABRESE,** | § § | [Violations: Attempt to Evade and Defeat Tax, 26 U.S.C. § 7201] |
| Defendant | § § | |

## FELONY INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Attempt to Evade and Defeat Tax
(Violation of 26 U.S.C. § 7201)

From in or about 2007 until in or about 2012, in the Western District of Texas and elsewhere, the Defendant,

**DENIS CALABRESE**

("the Defendant"), a resident of Houston, Texas, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2011, by committing the following affirmative acts, among others:

(a)   preparing and causing to be prepared, and filing and causing to be filed at the IRS Austin Service Center in the Western District of Texas, a U.S. Individual Income Tax Return, Form 1040 for 2011 that was false and fraudulent in that, as the Defendant then and there well knew, it reported an amount of income for 2011 that was substantially less than the true amount of income that the Defendant and his spouse actually received during 2011;

(b)  creating a business entity called Kettone Corp. in the Cayman Islands and establishing a bank account for Kettone Corp. in the Cayman Islands;

(c)  arranging for one or more businesses to pay to Kettone Corp., via its Cayman Islands bank account, income that the Defendant had earned for consulting services;

(d)  failing to advise the accountants who prepared his and his spouse's tax returns about the Kettone Corp. bank account in the Cayman Islands;

(e)  failing to file with the Financial Crimes Enforcement Network ("FINCEN") a form that the law required, called a Report of Foreign Bank and Financial Accounts;

(f)  failing to disclose Kettone Corp.'s Cayman Islands bank account on income tax returns; and

(g)  misleading the accountants who prepared his tax returns about the amount of income he received during 2011, including but not limited to income that was paid to Kettone Corp,

in violation of Section 7201 of Title 26 of the United States Code.

JOHN F. BASH
United States Attorney

By: _____
ALAN M. BUIE
Assistant United States Attorney