# A19CR0053 RP

| | | | | |
|---|---|---|---|---|
| Sealed | | | | |
| Unsealed | X | Personal Data Sheet | USAO# | 2014R17551 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  X  NO
CASE NO.

| | | | | |
|---|---|---|---|---|
| County: | TRAVIS | AUSTIN Division | Judge: | |
| Date: | 3/7/2019 | Mag Ct.#  none | SSN: **REDACTED** | FBI#: |
| Case No.: | | Assistant U. S. Attorney: | **Alan M. Buie** | |
| Defendant: | **DENIS CALABRESE** | | Date of Birth: | **REDACTED** |
| Address: | | | | |
| Citizenship: | United States | Mexican | Other | |
| Interpreter Needed: | | Language | | |
| Defense Attorney: | **Richard B. Kuniansky** | | Employed | |
| Address of Attorney: | | | Appointed | |
| Defendant is: | In Jail | Where: | | |
| | On Bond | Amt. of Bond | Where: | |
| Date of Arrest: | | | Bench Warrant Needed | |
| Prosecution By: | | Information  X | Indictment | |
| Offense (Code & Description): | 26 U.S.C. 7201 – Tax Evasion | | | |
| Offense Is: | Felony  X | Misdemeanor | | |
| Maximum Sentence: | 5 years imprisonment; $250,000 fine; 3 year TSR; $100 SA | | | |
| Penalty is Mandatory: | Special Assessment only | Yes  X | No | |
| Remarks: | | | | |