AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**FILED**
MAR 1 8 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States of America

v.                                                      NO:   AU:19-CR-00053(1)-RP

(1) Denis Calabrese

## WAIVER OF INDICTMENT

   I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

   After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   March 18, 2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
Richard B. Kuniansky
*Printed name of defendant's attorney*

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE