# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | §    CRIMINAL NO: |
| vs. | §    AU:19-CR-00053(1)-RP |
| | § |
| (1) Denis Calabrese | § |

## ORDER SETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, May 30, 2019 at 09:30 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 19th day of March, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE